UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MICHAEL ELLSWORTH,<br><br>           Plaintiff,<br><br>     v.<br><br>EXTREME TOWING,<br><br>           Defendant. | No. 2:23-cv-2096 AC P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF Nos. 1, 2. Both documents, however, are incomplete. Specifically, the civil rights complaint consists of the first and last pages of the form along with the certification page for plaintiff's application to proceed in forma pauperis. See ECF No. 1. Also, the application to proceed in forma pauperis consists of only the first page of the document. See ECF No. 2. Finally, plaintiff has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

For these reasons, plaintiff's application to proceed in forma pauperis will be disregarded as incomplete. In addition, plaintiff will be given a second opportunity to properly complete and submit the appropriate documents.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send plaintiff a copy of each of the following:

    a. A Civil Rights Complaint By a Prisoner form, and

    b. An Application to Proceed In Forma Pauperis By a Prisoner form.

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DISREGARDED as incomplete, and

3. Within thirty days of the date of this order, plaintiff shall file:

    a. A first amended complaint;

    b. A completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and

    c. A certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this action be dismissed without prejudice.**

DATED: September 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE