UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY MICHAEL ELLSWORTH, | No. 2:23-cv-02096 AC PS |
| Plaintiff, | |
| v. | ORDER |
| EXTREME TOWING, | |
| Defendant. | |

  Plaintiff filed this action in pro se on September 25, 2023, along with a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. When plaintiff initially filed the action, he was incarcerated, though a recent address change indicates that plaintiff is no longer incarcerated. ECF No. 5. This case remains before the undersigned for pre-trial matters pursuant to Local Rule 302(c)(21). On September 28, 2023, the undersigned rejected plaintiff's motion to proceed in forma pauperis as incomplete, and rejected the complaint pursuant to the IFP screening procedure. ECF No. 4. Plaintiff was given 30 days to file an amended complaint and an amended IFP application. Plaintiff has not filed the required documents and the time to do so has passed.

  The court is concerned plaintiff has abandoned this case. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to file an amended IFP application and an amended complaint should not result in a

recommendation that this case be dismissed for failure to prosecute. The filing these documents within this timeframe will serve as cause and will discharge this order. Because plaintiff is no longer incarcerated, he may file the IFP application that can be found on the court's website at https://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

    IT IS SO ORDERED.

DATED: November 6, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2